26882. AMERICAN NATIONAL INSURANCE COMPANY *v.* BROWN.

FELTON, J. This case is controlled by the decision in *American National Insurance Co.* v. *Brown,* ante, 70.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*